UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| Spencer Neal,<br>   Plaintiff<br><br>v.<br><br>Lafayette Bluenose, LLC<br>   Defendant | )<br>)<br>)<br>)<br>)   Civil No. 1:23-cv-00234-JDL<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled matter, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate that the above matter be and hereby is dismissed with prejudice and without costs or fees to either party.

Dated: December 27, 2023

*/s/ Brent A. Singer*
BRENT A. SINGER, ESQ.

Rudman Winchell
Attorneys for Defendant
P. O. Box 1401
Bangor, ME  04402-1401
(207) 947-4501
bsinger@rudmanwinchell.com

*/s/ Colin G. Meeker*
COLIN G. MEEKER, ESQ.

Blakemore, Meeker & Bowler Co., L.P.A.
Attorneys for Plaintiff
495 Portage Lakes Dr.
Akron, OH  44319
(303) 253-4131
cgm@bmblaw.com